ORIGINAL

AO 93 (Rev. 12/09) Search and Seizure Warrant    (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>PREMISES KNOWN AS 14035 TAHITI WAY, UNIT 133,<br>MARINA DEL RAY, CALIFORNIA, AS FURTHER<br>DESCRIBED AS ATTACHMENT A | )<br>)<br>)<br>)  Case No.   2:17-MJ-02098<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Central _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

PREMISES KNOWN AS 14035 TAHITI WAY, UNIT 133, MARINA DEL RAY, CALIFORNIA, AS FURTHER DESCRIBED AS ATTACHMENT A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    14 days from the date of its issuance
(not to exceed 14 days)

☑ in the daytime  6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   8/8/17 17:20

City and state:    Los Angeles, California                Hon. Gail J. Standish, U.S. Magistrate Judge
                                                                                    *Printed name and title*

AUSAs: James C. Hughes #4961

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.:<br>2:17-MJ-02098 | Date and time warrant executed:<br>August 18, 2017 / 12:00 pm | Copy of warrant and inventory left with:<br>Jin Kim |
| Inventory made in the presence of :<br>HSI Special Agent John Chopp | | |

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

1. Approximately ten (10) documents/invoices identifying vessels in port of Los Angeles/Long Beach which received goods from Far East ship Supply.

2. Approximately seventeen (17) Marine Exchange Documents identifying vessels arriving/departing the port of Los Angeles/Long Beach.

3. Four (4) State of California expired Drivers license displaying Un Hag BAEG's photograph.

4. One (1) Seaman's Passport Republic of Korea displaying Un Hag BAEG's Photograph issued on September 15, 1986.

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 8/30/2017

_____
*Executing officer's signature*

Rafael Torres / HSI Special Agent
*Printed name and title*

ATTACHMENT A

PREMISES TO BE SEARCHED

The SUBJECT LOCATION is an apartment located on the first floor of a beige, multi-occupant, three-level apartment building, located at 14035 Tahiti Way, Unit 133, Marina Del Rey, CA ("14035 Tahiti Way"). 14035 Tahiti Way is a beige building on the north side of Tahiti Way, with the building facing north to south. The north side of 14035 Tahiti Way faces Basin B of the Marina Del Rey marina. The building is one of a series of connected apartment buildings forming the Avalon Marina Bay apartment complex. 14035 Tahiti Way is physically connected to a neighboring apartment building on its western side located at 14055 Tahiti Way, Marina Del Rey, CA ("14055 Tahiti Way"). An aerial photograph of the two connected apartment buildings obtained from the online map service Google Maps is shown below:



A shared outdoor parking lot for the apartments located at 14035 Tahiti Way and 14055 Tahiti Way is located on the northern

side of the two buildings, and directly abuts the Marina Del Rey
marina.   The parking lot may be accessed either via a driveway on
the western side of 14055 Tahiti Way or a driveway on the eastern
side of 14035 Tahiti Way. The patios for the apartments located on
the first floor of 14035 and 14055 Tahiti Way are built
approximately one story above the parking lot, with covered parking
spaces built directly under the patio areas.   The patio area for the
SUBJECT LOCATION is the second easternmost patio space in 14035
Tahiti Avenue.   Below is a photograph taken on August 11, 2017,
from the parking lot of 14035 Tahiti Way with the patio space for
the SUBJECT LOCATION identified with a red arrow:



The front entrance of 14035 Tahiti Way is comprised of a double door at the top of a small covered flight of stairs. The stairs leading to the double door are covered by a yellow stucco entranceway jutting out from the main building. At the top of the yellow stucco entranceway are the numbers "14035." A photograph of the front entranceway to 14035 Tahiti Way is shown below:



3

The "front door" entrance of the SUBJECT LOCATION is found by walking in through the southern facing entrance of 14035 Tahiti Avenue, which looks out upon Tahiti Avenue, then walking up a small flight of stairs, turning right, and walking down a hallway to the second to last unit on the left.  The front door entrance to the SUBJECT LOCATION bears the numbers 133.

**ATTACHMENT B**

The items to be seized are the following items constituting evidence of violations of 18 U.S.C. § 371, conspiracy to defraud the United States of America, and 18 U.S.C. 922(g), unlawful receipt of a firearm by an alien in the United States illegally.

1.    California driver's license, license # C6229477, with the listed address of 30180 Thorne Court, Castaic, CA 91384;

2.    California driver's license, license # C6229477, with the listed address of 211 Yacht Club Way, #334, Redondo Beach, CA 90277.

3.    Any spreadsheets identifying vessels arriving/departing the port of Los Angeles and/or the Port of Long Beach.